**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,** *Plaintiff,* | § | |
| **v.** | § | **MO:25-CV-00499-DC** |
| **MICHELLE KELLY, AQUA FINANCE, INC., MIDLAND QUAIL RIDGE HOMEOWNERS ASSOCIATION, INC., UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT,** *Defendants.* | § | |

**ORDER**

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff Lakeview Loan Servicing, LLC's Motion for Default Judgment.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on July 7, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the

[1] Doc. 32.
[2] Doc. 37.

report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**.[4] Plaintiff's Motion for Default Judgment is **GRANTED**.[5]

It is so **ORDERED**.

SIGNED this 29th day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[3] Fed. R. Civ. P. 72 advisory committee's note.
[4] Doc. 37.
[5] Doc. 32.